James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105-3612
Telephone: 415-512-3501
Facsimile: 415-512-3515
E-Mail: anneb@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>    Plaintiffs,<br><br>    v.<br><br>BRADLEY CONSTRUCTION INC., a California corporation; DAVID GLENN BURKHART, an Individual; and GLENN ELLIS BURKHART, an Individual,<br><br>    Defendants. | CASE NO.: C 06-02611 VRW<br><br>PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT;<br>(~~PROPOSED~~) CASE MANAGEMENT ORDER<br><br>DATE: July 18, 2006<br>TIME: 9:00 a.m.<br>COURTROOM: 6, 17th Flr.<br>JUDGE: Hon. Vaughn R. Walker |

///

///

///

- 1 -
PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT;
(PROPOSED) CASE MANAGEMENT ORDER [CASE NO. C-06-02611 VRW]

1  Plaintiffs make this statement of defendants' default in lieu of a Case Management
2  Conference Statement. As shown by the June 27, 2006 Declaration of Anne Bevington in Support
3  of Plaintiffs' Request for Entry of Default, defendant Bradley Construction Inc. was served on May
4  9, 2006, and defendants David Glenn Burkhart and Glenn Ellis Burkhart were served on May 4,
5  2006. (Bevington Decl. ¶2, Exhibit A.) None of the defendants have filed a responsive pleading.
6  (Bevington Decl. ¶3.) Plaintiffs submitted their request for entry of default on June 27, 2006, and
7  served it on the defendants by mail the same day. Plaintiffs are awaiting the court's action on their
8  request to enter default and, if default is entered, will file a motion for a default judgment.
9  Accordingly, plaintiffs request that the Case Management Conference scheduled for July 18, 2006,
10 either be vacated or extended for a period of 90 days.

11 DATED: July 11, 2006                         STANTON, KAY & WATSON, LLP

13                                              By _____Anne Bevington_____
                                                       Anne Bevington

                                                Attorneys for Plaintiffs

----

## CASE MANAGEMENT ORDER

The Case Management Conference previously set for July 18, 2006, at 9:00 a.m., is hereby:

[X] Vacated.

[ ] Continued to _____, at the hour of _____, in Courtroom 6, 17th Floor (San Francisco).

DATED: July 12, 2006

_____
Judge Vaughn R Walker

IT IS SO ORDERED

F:\CASES\30\32.206 Bradley Construction\PLEADINGS\Stmt in Lieu of CMC Stmt and Proposed Order.doc

- 2 -
PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT;
(PROPOSED) CASE MANAGEMENT ORDER [CASE NO. C-06-02611 VRW]